IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EARL ROY DEBLANC, (TDCJ #02128718) | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-18-2877 |
| LORIE DAVIS, | § § § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

For the reasons set forth in the court's memorandum and order of even date, this civil action is dismissed with prejudice.

SIGNED on August 22, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge